1
2
3
4
5
6
7
8
       **UNITED STATES DISTRICT COURT**

9
        **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROBERT LEE LARA,     ) NO. CV 08-3988 SJO (FMO)
             )
12       Petitioner,  )
             ) **ORDER ADOPTING FINDINGS,**
13     v.       ) **CONCLUSIONS AND RECOMMENDATIONS**
             ) **OF UNITED STATES MAGISTRATE JUDGE**
14 JOHN MARSHALL, Warden,   )
             )
15       Respondent. )
             )
16 _____)

17    Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Petition, all

18 of the records herein, and the Report and Recommendation of the United States Magistrate

19 Judge.  No objections to the Report and Recommendation have been filed.  The Court approves

20 and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, IT IS ORDERED

21 THAT:

22    1.  Judgment shall be entered dismissing the action with prejudice.

23    2.  The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24

25 DATED:  April 1,  2009.

26
              _____
27                  S. JAMES OTERO
              UNITED STATES DISTRICT JUDGE

28