# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE LARA, | NO. CV 08-3988 SJO (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 1, 2009.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE